IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SAINT THOMAS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.20-18(RAM) |
| **Plaintiff** | |
| v. | |
| NESTOR VERA ESCALANTE | |
| **Defendant** | |

**SENTENCING MEMORANDUM**

**TO THE HONORABLE COURT**
**HONORABLE DISTRICT COURT JUDGE ROBERT A MALLOY**
**UNITED STATES DISTRICT COURT SAINT THOMAS**

**COMES NOW,** defendant Nestor Vera Escalante through the undersigned counsel who very respectfully states, alleges and prays as follows:

Mr. Vera Escalante was convicted after a guilty plea to Count One of the Indictment in the above referenced case that charged Conspiracy to Possess a Controlled Substance on Board a Vessel Subject to the Jurisdiction of the United States, in violation of 46 § 70503(a)(1) and 70506(a)which carries a term of not more than twenty years of imprisonment and a term of supervised release of not less than three years and up to a life term, a maximum fine of $1,000,000.00; a special assessment of $100 per felony under 18 U.S.C. §3013 ; possible ineligibility for certain federal benefits and restitution under 18 U.S.C. § 3663 and 3663A payable forthwith.

1

The stipulated guideline computations as per Plea Agreement are as follows: **Base Offense Level §2D1.1(38); Acceptance of Responsibility (-3); BOL Adjustment §2D1.1(a)(5) (-4); Minor Participant (-2) for a total adjusted Offense Level of 29 (87-108 months).** The United States agreed to request a sentence of (96) months of imprisonment. (See Plea Agreement P.7). Mr. Vera Escalante respectfully requests a sentence of 87 months' of imprisonment. Since he will be deported a supervised release term of three years appears to be moot.

The Pre-Sentence Report honored the terms and conditions of the Plea Agreement but for a (2) level enhancement under §2D1.1(b)(3)(B) that is the defendants imported controlled substances in which a submersible or semi-submersible vessel as described in 18 U.S.C.§2285 was used. Upon information and belief this Honorable Court did not apply this enhancement to either of his co-defendants. The docket sheet reveals that a sentence of (100) months was imposed on both Mr. Espana Castillo and Mr. Riascos Preciado.

Mr. Vera Escalante respectfully requests a sentence at the lower end of the stipulated guideline range that is (87) months of imprisonment. Vera Escalante is a 42 year old man who is a life log resident of Ecuador. He has no legal status in the United States and will face deportation proceedings after the conclusion of his imprisonment sentence. Vera Escalante has been in custody since July 12, 2021 when he and two others were intercepted near the "Isla de Malpelo", Colombia. Upon being spotted by the USCGC Mohawk the vessel was compliant and stopped. Three individuals were detained including Vera Escalante. He was eventually brought to Saint Croix, Virgin Islands for prosecution.

2

During his Pre-Sentence interview he expressed remorse, repentance and he related that the reasons for his involvement in the offense were that as a result of the COVID-19 pandemic he and his family were struggling financially and at the time he saw it as a way to provide for his family given the despair, and lack of basic necessities they were going through. Today he would give anything to change the course of his actions.

Vera Escalante cannot only not provide sustenance in any way or form to his family and children but he is now a burden since he is incarcerated and requires a minimal amount of a monthly stipend so that he can remain in contact with them. Telephone calls, emails and text messages are charged at a very high rate in the Bureau of Prisons system. Sometimes he goes months without contact with his wife and children. Postage is also costly and given his rural address it is unlikely that a written letter would reach them. Thus, it has been specially difficult for Vera Escalante and will continue to be that way until his release from imprisonment and final deportation. Furthermore, given his lack of legal immigration status he is ineligible for any programs or benefits while incarcerated.

Vera Escalante is a first offender and was recruited to participate in the instant offense, as previously stated he agreed to participate due to extreme financial hardship. Vera Escalante abandoned school at age 12 in order to go work and assist his father, thus his skills are very limited, in fact he worked as a fisherman. Vera Escalante is not in need of alcohol nor drug treatment for he does not consume drugs nor alcohol. He does not suffer from any mental health issues. His entire family; father, mother, sister, wife and children all reside in Salinas,

3

Ecuador. They live in poverty and barely make ends meet. His father is a carpenter and his mother a small retail store owner, he worked with his father since he was very young. No traumatic experiences were related during the Pre-Sentence Interview. Most notably he has been married to Diana Gonzalez for the past twenty years; she is employed as a cook. From this union, five children were procreated, they range from ages 18 to 8. There are no words to describe the loss, despair, and the lack of basic necessities that his family has always lived but are now further aggravated by his incarceration.

The terms of the Plea Agreement contemplate a balance between punishment and deterrence and Vera Escalante's personal history and characteristics. An (87) month imprisonment term is a long prison term, moreover he is ineligible to receive any type of credit nor vocational training due to his alien status, making matters worse. It is important for this Honorable Court to note that he was always willing to provide substantial assistance had any of his co-defendants proceeded to trial, such was not the case. Instead an identical offer was tendered to all three defendants who pled guilty and have been sentence by this Honorable Court.

Considering the above it is respectfully requested that this Honorable Court take note of the personal extraordinary circumstances that surround and motivated Vera Escalante to board the vessel, as a minor participant with limited knowledge of the details of the larger conspiracy, with controlled substances. He assures this Court that he is beyond repentant, and he will never engage in any type of criminal conduct again. For these reasons a sentence at the lower end of the

4

stipulated guideline is respectfully requested that is a term of (87) months of imprisonment.

**WHEREFORE,** in light of the above it is respectfully requested that this Honorable Court take notice of the above.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 13th day of August, 2023.

S/**ANITA HILL ADAMES, ESQ**
**Bar No. 209007**
**Law Office of Anita Hill Adames**
**Po Box 16224**
**San Juan, Puerto Rico 00908**
**T. 787-531-8888**
**anitahill88@outlook.com**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT** on this day a copy of the foregoing Motion has been filed via the ECF/CCM filing system which will notify all Counsel of Record.

S/Anita Hill Adames
Bar No. 209007